FILED

JAN 03 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Name: Mr. Maurice A. Mickling Sr.

Prison Number: 40250-013

Address or Place of Confinement: USP Atwater, PO Box 019001, Atwater, CA. 95301

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Full Name (First, Middle, Last): Maurice Alyn Mickling

Petitioner,

vs.

Name of Warden: Warden Trate
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:22-cv-0010-SKO (HC)
(to be supplied by the Clerk of the United States District Court)

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. ✓ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

RECEIVED
JAN 03 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(1) Place of detention: **USP Atwater**

(2) Name and location of court which imposed sentence: **US Dist. Court For Dist. of Colorado   901 19th St. Denver, CO. 80294**

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
**18 USC 922(G)(1) , 21 USC 841(a)(1) , 18 USC 924(C)(1)(A)**

(4) The date the sentence was imposed and the terms of the sentence:
**03-09-2015 , 192 months Imprisonment**

(5) What was your plea (check one):   Not guilty ( )   Guilty ( )   Nolo contendere ( )

(6) Kind of trial (check one):   Jury (✓)   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (✓)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: **US Court of Appeals For Tenth Circuit**
Grounds raised (list each):
   1) **Rule 704(b) Violation**
   2) **Napue Violation**
Result/Date of result: **AFFIRMED   02-26-2016**

SECOND APPEAL:
Name of court: **N/A**
Grounds raised (list each):
   1) **N/A**
   2) **N/A**
Result/Date of result: **N/A**

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE **Due Process Violation**

# 2689798, # 2652400, # 3404934

Incident Report # 3290054, # 3163306, # 2894757, # 2969619, #

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Violation of Wolff v. McDonnell, 418 U.S. 539. A written Statement of The Reasons For Being Found Guilty, Was Never Given and This is a practice of The Agency To Prevent Appeal Process. See: Maurice Alyn Mickling, SR V. Warden H. Quay (3rd Cir) [Case # 3:19-cv-01916]

**GROUND TWO** Due Process Violation

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

~~[scribbled out]~~

No Appeal can Be Filled without D.H.O Report. I have waited More Than a Year To Get it. I am NOT Required to Ask For it, it is Mandatory to Receive it.

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )   No (✓)   If your answer is no, explain why not: Exhaustion May Be Excused if The Actions of The Agency Unambiguously Violate Statutory or Constitutional Right.

If your answer is yes, answer the following for *each* administrative appeal:

**FIRST ADMINISTRATIVE APPEAL**   Level of appeal: N/A
Grounds raised (list each):
1) N/A
2) N/A
Result/Date of result: N/A

**SECOND ADMINISTRATIVE APPEAL**   Level of appeal: N/A
Grounds raised (list each):
1) N/A
2) N/A
Result/Date of result: N/A

**THIRD ADMINISTRATIVE APPEAL**   Level of appeal: N/A
Grounds raised (list each):

1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

FOURTH ADMINISTRATIVE APPEAL   Level of appeal: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

(11) Is the grievance process completed?   Yes ( )   No (✓)

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes (✓)   No ( )

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: _US District Court For Middle Dist of Pennsylvania_
Nature of proceeding: _28 USC 2241_
Grounds raised (list each):
1) _Due Process Violation_
2) _____
Result/Date of result: _Dismissed As Moot  July 28, 2020_

SECOND PREVIOUS PETITION
Name of court: _N/A_
Nature of proceeding: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
_28 USC 2255 are NOT The Vehicle to Bring Issues Concerning Prison Conditions, Even if The Claim Effects ones Sentence, Such as Reduction of Good Conduct Time._

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 4 of 5

(15) Are you presently represented by counsel?

Yes ( )        No (✓)

If so, provide your attorney's name, address, and telephone number:
N/A

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

~~Yes ( )~~        ~~No ( )~~

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding. Expungement of Incident Report(s) and Restoration of Good Conduct Time Credit.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

12-13-2021
(Date)

(Signature of Petitioner) SR

_____
(Signature of Attorney, if any)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 5 of 5

U.S. District Court          12-28-2021
For
Eastern District of California

Memorandum of Facts
to
Support Due Process Violation

## Argument

Petitioner claims that the Practice of the Agency Violate his due process in Regards to Inmate discipline.

Petitioner also asserts that (a Failure to exhaust May be excused if, Inter alia, The actions of the agency clearly and Unambiguously Violate a Statutory or Constitutional Right). (Memorandum Opinion) From Petitioner's previous 28 USC 2241; Maurice Alyn Mickling, Sr., V. Warden H. Quay Case # 3:19-CV-01916 For The Middle District of Pennsylvania.

## Supporting Facts

Petitioner claims that the practice of The agency violate due Process, because due Process requires that a Prisoner receives a written Statement of the Evidence relied on and the Reasons for The disciplinary action. See; Wolff v. McDonnell, 418 U.S. 539, 564-65

Petitioner argues that the agency Never delivers Disciplinary Hearing officer (D.H.O) reports. Thus preventing the Inmate from appealing the decision. An Inmate Must First receive DHO report Prior to Starting the Appeal Process. (See; Attachment in Petitioners Reply brief in Previous Petition For the Middle District of Pennsylvania) The D.H.O May or May Not write a Report, but unless the Inmate "Receives" the Report he May Not appeal Nor is Due Process Met.

"If" the D.H.O is written, the deadline clock to appeal begins to expire. But when the agency never delivers the D.H.O report, the Inmate can never meet the deadline to appeal the decision, Thus the Situation in the Instant Petition.

## Exhaustion Requirement

Petitioner is his previous 28 USC 2241 petition in The Middle District of Pennsylvania Supplied Evidence that he Gave The Agency, at every level, the opportunity to Correct Their Errors. The agency Continues to violate due process in regards to the Instant and previous petition(s). When Petitioner request Report(s), an Inmate Disciplinary Data Record is given, not an actual D.H.O Report. (See Attachment #A)

## Request For Relief

Petitioner Request that All Specified Incident Reports be expunged and All Good Conduct Time be Restored. And all other Relief this Court deems Just.

Respectfully,
Maurice A. Mickling SR.
#40250-013
USP Atwater
PO Box #019001
Atwater, CA. 95301

```
 TOMGK              *         INMATE DISCIPLINE DATA          *    03-03-2021
 PAGE 001           *      CHRONOLOGICAL DISCIPLINARY RECORD  *    07:56:53

REGISTER NO: 40250-013 NAME..: MICKLING, MAURICE ALYN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-03-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3404934 - SANCTIONED INCIDENT DATE/TIME: 06-04-2020 1730
DHO HEARING DATE/TIME: 07-09-2020 1250            DHO REPT DEL: 09-17-2020 1015
FACL/CHAIRPERSON.....: TOM/A.FITCHER
APPEAL CASE NUMBER(S): 1048901
REPORT REMARKS.......: DENIED; GUILTY BASED ON GW OF ATTEMPTING TO GRAB A STAFF
                       MEMBER BY THE HAND AND PULLING HIM INTO THE SHOWER
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF1 RFP: D
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW GOOD CONDUCT TIME
        IMPOUND     / 30 DAYS / CS
                FROM: 07-09-2020  THRU: 08-07-2020
        COMP:    LAW:    IMPOUND PROPERTY EXCEPT LEGAL AND RELIGIOUS ITEMS
        LP COMM     / 30 DAYS / CS
                FROM: 07-09-2020  THRU: 08-07-2020
        COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3290054 - SANCTIONED INCIDENT DATE/TIME: 08-10-2019 1615
DHO HEARING DATE/TIME: 09-17-2019 1020            DHO REPT DEL: 09-23-2019 1500
FACL/CHAIRPERSON.....: ALP/BITTENBEND
APPEAL CASE NUMBER(S): 993803
REPORT REMARKS.......: I/M MASTURBATED TOWARDS FEMALE STAFF MEMBER AND MADE
                       THREAT TOWARDS HER
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   PUNISH FOR MISCONDUCT
        DS          / 30 DAYS / CS
                FROM: 10-17-2019  THRU: 11-15-2019
        COMP:    LAW:    PUNISH FOR MISCONDUCT
        FF NVGCT    / 60 DAYS / CS
        COMP:010 LAW:P   PUNISH FOR MISCONDUCT
        LP PHONE    / 1 YEARS / CS
                FROM: 09-17-2019  THRU: 09-16-2020
        COMP:    LAW:    PREVENT MISCONDUCT
        LP VISIT    / 1 YEARS / CS
                FROM: 09-17-2019  THRU: 09-16-2020
        COMP:    LAW:    PREVENT MISCONDUCT
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SF1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P   PUNISH FOR MISCONDUCT
        DS          / 30 DAYS / CS
                FROM: 09-17-2019  THRU: 10-16-2019
        COMP:    LAW:    PUNISH FOR MISCONDUCT




G0002       MORE PAGES TO FOLLOW . . .
```

```
TOMGK          *      INMATE DISCIPLINE DATA           *   03-03-2021
PAGE 002       *   CHRONOLOGICAL DISCIPLINARY RECORD   *   07:56:53

REGISTER NO: 40250-013 NAME..: MICKLING, MAURICE ALYN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-03-2021

DHO HEARING DATE/TIME: 09-17-2019 1020 REPORT 3290054 CONTINUED
        IMPOUND    / 30 DAYS / CS
                   FROM: 09-17-2019   THRU: 10-16-2019
        COMP:     LAW:    IMPOUND PROPERTY
        LP MATTRES / 30 DAYS / CS
                   FROM: 09-17-2019   THRU: 10-16-2019
        COMP:     LAW:    MATTRESS RESTRICTION 8AM-8PM
        MON FINE   / 103.00 DOLLARS / CS
        COMP:     LAW:    MONETARY FINE - REFUSED TO PAY FINE
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3183183 - SANCTIONED INCIDENT DATE/TIME: 10-20-2018 0921
UDC HEARING DATE/TIME: 10-23-2018 1045
FACL/UDC/CHAIRPERSON.: BSY/B UNIT/M HAMILTON
APPEAL CASE NUMBER(S): 960688
REPORT REMARKS.......: LP COMM 30 DAYS INMATE GIVEN A BP-9
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS
                   FROM: 10-23-2018   THRU: 11-21-2018
        COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3174827 - SANCTIONED INCIDENT DATE/TIME: 09-26-2018 1900
UDC HEARING DATE/TIME: 10-02-2018 1425
FACL/UDC/CHAIRPERSON.: BSY/B UNIT/M HAMILTON
REPORT REMARKS.......: NO COMMENT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 30 DAYS / CS
                   FROM: 10-02-2018   THRU: 10-31-2018
        COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3163306 - SANCTIONED INCIDENT DATE/TIME: 08-27-2018 2124
DHO HEARING DATE/TIME: 09-05-2018 0953           DHO REPT DEL: 09-19-2018 1215
FACL/CHAIRPERSON.....: BSY/LOTT J
REPORT REMARKS.......: INMATE ATTENDED HIS HEARING AND STATED, I NEED TO BE
                       SHIPPED TO A YARD I CAN WALK AS A INDEPENDENT BLACK MAN.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:     LAW:
        LP MPLAYER / 120 DAYS / CS
                   FROM: 09-05-2018   THRU: 01-02-2019
        COMP:     LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

Attch #A Cont

```
 TOMGK            *        INMATE DISCIPLINE DATA          *      03-03-2021
PAGE 003          *     CHRONOLOGICAL DISCIPLINARY RECORD  *      07:56:53

REGISTER NO: 40250-013  NAME..: MICKLING, MAURICE ALYN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-03-2021

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2894757 - SANCTIONED   INCIDENT DATE/TIME: 09-11-2016 1720
DHO HEARING DATE/TIME: 06-07-2017 0815              DHO REPT DEL: 06-13-2017 0800
FACL/CHAIRPERSON.....: VIP/R. ALI
REPORT REMARKS.......: ORIGINAL SANCTIONS UPHELD/ADMITS TO CHARGE. STATED HIS
                       SAFETY WAS IN JEOPARDY, THAT'S WHY HE HAD TO CARRY KNIFE
   104    POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT       / 41 DAYS / CS
          COMP:010 LAW:P   41 DAYS DISALLOWED GOOD CONDUCT TIME
                           PLRA INMATE - ORIGINAL SANCTIONS UPHELD
          DS            / 45 DAYS / CS
          COMP:    LAW:    45 DAYS DISCIPLINARY SEGREGATION - TIME SERVED
                           ORIGINAL SANCTIONS UPHELD
          IMPOUND       / 45 DAYS / CS
          COMP:    LAW:    45 DAYS IMPOUND PERSONAL PROPERTY - TIME SERVED
                           ORIGINAL SANCTIONS UPHELD
          LP MPLAYER / 182 DAYS / CS
          COMP:    LAW:    6 MONTHS MP3 PLAYER RESTRICTION - TIME SERVED
                           ORIGINAL SANCTIONS UPHELD
          LP VISITRS / 6 MONTHS / CS
          COMP:    LAW:    6 MONTHS IMMEDIATE FAMILY ONLY VISITING PRIVILEGE
                           TIME SERVED - ORIGINAL SANCTIONS UPHELD
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2969619 - SANCTIONED   INCIDENT DATE/TIME: 03-31-2017 1408
DHO HEARING DATE/TIME: 04-05-2017 0741              DHO REPT DEL: 04-10-2017 0800
FACL/CHAIRPERSON.....: VIP/R. BOURN
REPORT REMARKS.......: ADMITS REFUSED TO PROVIDE URINE SAMPLE FOR TESTING
   110    REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: DDN
          DIS GCT       / 41 DAYS / CS
          COMP:010 LAW:P   41 DAYS DISALLOWED GOOD CONDUCT TIME
                           PLRA INMATE
          DS            / 14 DAYS / CS
          COMP:    LAW:    14 DAYS DISCIPLINARY SEGREGATION TIL 04-19-2017
          LP VISIT      / 3 MONTHS / CS
          COMP:    LAW:    3 MONTHS LOSS OF VISITING PRIVILEGE
                           05-12-2017/08-12-2017
---------------------------------------------------------------------------
REPORT NUMBER........: 2894757 (REHEARD 06-07-2017 0815)
DHO HEARING DATE/TIME: 10-05-2016 1049




G0002          MORE PAGES TO FOLLOW . . .
```