PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MICKLING,<br><br>                Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>                Respondent. | CASE NO. 1:22-CV-00010-SKO (HC)<br><br>NOTICE OF REQUEST TO SEAL APPENDIX PAGES 5-21, 24-85 OF RESPONDENT'S MOTION TO DISMISS AND RESPONSE TO PETITIONER'S 2241 PETITION |

Pursuant to Local Rule 141(b) of the Local Rules of the United States District Court for the Eastern District of California, respondent provides notice that it is requesting to file under seal: Appendix pages 5-21, 24-85 to Respondent's Motion to Dismiss and Response. These documents contain BOP DHO reports pertaining to petitioner and other inmates/victims not parties to the instant petition. Based upon the concerns articulated in the respondent's Request to Seal Documents, respondent respectfully requests that these documents be filed under seal until further order of the Court. The aforementioned documents were emailed to the Court and mailed to the *pro se* Petitioner on May 10, 2022.

Dated: May 10, 2022                                        PHILLIP A. TALBERT
                                                                   United States Attorney

                                                      By:  /s/ MICHELLE RODRIGUEZ
                                                                 MICHELLE RODRIGUEZ
                                                                 Assistant United States Attorney