1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | MAURICE MICKLING,                  | CASE NO. 1:22-CV-00010-SKO (HC)
12 |                        Petitioner, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 |              v.                    |
14 | B.M. TRATE, WARDEN, USP-ATWATER,   |
15 |                        Respondent. |
16 |                                    |
17

18   Pursuant to Local Rule 141(b) and based upon the representation contained in the respondent's

19 Request to Seal, IT IS HEREBY ORDERED that Appendix pages 5-21, 24-85 to the Respondent's

20 Motion to Dismiss and Response to Petitioner's 2241 Petition pertaining to Maurice Mickling, and the

21 Respondent's Request to Seal, shall be SEALED until further order of this Court.

22   It is further ordered that electronic access to the sealed documents shall be limited to the United

23 States and counsel for the petitioner.

24   The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for*

25 *Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the

26 respondent's Request, sealing the Request and Appendix pages 5-21, 24-85 serves a compelling interest.

27 The Court further finds that, in the absence of closure, the compelling interests identified by the

28 respondent would be harmed. In light of the public filing of the government's Notice to Seal, the Court

further finds that there are no additional alternatives to sealing the government's Request and Appendix pages 5-21, 24-85 that would adequately protect the compelling interests identified by the Respondent.

IT IS SO ORDERED.

Dated: **May 11, 2022**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE