# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE A. MICKLING,<br><br>    Petitioner,<br><br>    v.<br><br>B.M. TRATE, Warden,<br><br>    Respondent. | Case No. 1:22-cv-00010-JLT-SKO (HC)<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR COPIES<br>[Doc. 20]<br><br>ORDER DIRECTING RESPONDENT TO FILE SEALED DOCUMENTS<br><br>[14-DAY DEADLINE] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 10, 2022, Respondent filed a motion to dismiss the petition. (Doc. 17.) On May 23, 2022, Petitioner filed a motion for copies in which he contended he had not yet been served with Respondent's motion. (Doc. 20.) On June 3, 2022, Petitioner filed an opposition to Respondent's motion. (Doc. 21.) From the opposition, it is clear that Petitioner has received a copy of Respondent's motion; therefore, the motion for copies is DENIED as moot.

    On May 10, 2022, Respondent filed a notice to seal documents, specifically Appendix pages 5-21, 24-85. (Doc. 18.) On May 12, 2022, the Court ordered the documents sealed. (Doc. 19.) However, to date, the documents have not yet been filed under seal with the Court.

/////

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for copies is DENIED as moot; and

2) Respondent is DIRECTED to file the specified documents under seal within fourteen (14) days of the date of service of this Order.

IT IS SO ORDERED.

Dated:  **September 1, 2022**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE