# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE A. MICKLING,<br><br>　　　　Petitioner,<br><br>　　v.<br><br><br>B.M. TRATE, Warden,<br><br>　　　　Respondent. | Case No.  1:22-cv-00010-SKO (HC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[14-DAY DEADLINE] |

　　　　Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 10, 2022, Respondent filed a motion to dismiss the petition. (Doc. 17.) Concurrently with this filing, Respondent filed a notice of request to seal documents. (Doc. 18.) Respondent requested to file under seal: Appendix pages 5-21, 24-85 to Respondent's Motion to Dismiss.  Respondent further noted that the documents were emailed to the Court on May 10, 2022.  The Clerk of Court searched the Court's emails but did not locate the afore-mentioned documents.

　　　　On May 12, 2022, the Court ordered the documents to be sealed. (Doc. 19.)   On September 2, 2022, the Court advised Respondent that the documents had not yet been provided. (Doc. 22.)  Respondent was directed to file the specified documents under seal within fourteen (14) days.  More than fourteen (14) days have passed, and the documents have still not been

1

provided. Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within fourteen (14) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:     **November 8, 2022**                         /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE